# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Builders Bank, an Illinois State Chartered Bank,

Case Number: 08 C 1445

v.

Lyman Eaton, Richard Todd, Stephen Stoelk and DGHD-Borego LLC, an Indiana Limited Liability Company,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Lyman Eaton, Richard Todd, Stephen Stoelk and DGHD-Borego, LLC

| | |
|---|---|
| NAME (Type or print) | |
| David G. Lynch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ David G. Lynch | |
| FIRM | |
| DLA Piper US LLP | |
| STREET ADDRESS | |
| 203 North LaSalle Street, Suite 1800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01712942 | (312) 368-4096 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |