IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **BUILDERS BANK,** an Illinois State Chartered Bank, | : : : |
| Plaintiff, | : : |
| -vs- | : Case No. 08 C 01445 |
| **LYMAN EATON, RICHARD TODD, STEPHEN STOELK and DGHD-BOREGO LLC, an Indiana Limited Liability Company** | : : : Judge Zagel : : Magistrate Judge Cole : |
| Defendants. | : |

### UNCONTESTED MOTION FOR ENTRY OF AGREED ORDER

**NOW COMES** Plaintiff, **Builders Bank**, and moves this Court to enter the attached Agreed Order signed by the parties dismissing this case, and as grounds therefore, states as follows:

1. Plaintiff Builders Bank filed this case on March 11, 2008.

2. Defendants filed an answer on June 23, 2008.

3.  Thereafter, the parties entered into a settlement regarding the debt forming the basis for the present cause of action.

WHEREFORE, Plaintiff, **Builders Bank,** moves this Court to enter the attached Agreed Order dismissing this cause without prejudice.

Respectfully submitted,

By: */s/ Richard D. Grossman*
Richard D. Grossman
Attorney for Plaintiff

Richard D. Grossman
**Law Offices of Richard D. Grossman**
225 West Wacker Drive
20th Floor
Chicago, IL  60606
(312) 750-9308
Attorney No. 24303

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BUILDERS BANK,** an Illinois State Chartered Bank, | : : : : | |
| Plaintiff, | : : | |
| -vs- | : : | Case No. 08 C 01445 |
| **LYMAN EATON, RICHARD TODD, STEPHEN STOELK and DGHD-BOREGO LLC,** an Indiana Limited Liability Company | : : : : : : | Judge Zagel  Magistrate Judge Cole |
| Defendants. | : | |

## AGREED ORDER TO DISMISS
## THIS CAUSE WITHOUT PREJUDICE

**NOW COMES** Plaintiff, **Builders Bank**, and Defendants, **Lyman Eaton, Richard Todd, Stephen Stoelk** and **DGHD-Borego LLC**, and hereby agree that this case be dismissed without prejudice, each party to bear its/his own costs and attorney's fees.

Builders Bank

By:  _/s/ Charles Hall_____          ___/s/ Lyman Eaton_____
    Charles Hall, Its President                         Lyman Eaton

        ___*/s/ Richard Todd*_____
         Richard Todd

        ___*/s/ Stephen Stoelk*_____
         Stephen Stoelk


        DGHD-Borego LLC

        By: _*/s/ Lyman Eaton*_____
         Its President

Date:_____    ENTER:

        _____
        Judge


Richard D. Grossman
**Law Offices of Richard D. Grossman**
225 West Wacker Drive
20th Floor
Chicago, IL  60606
(312) 750-9308

2