## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| | : | |
| **BUILDERS BANK,** an Illinois | : | |
| State Chartered Bank, | : | |
| | : | |
| Plaintiff, | : | |
| -vs- | : | Case No. 08 C 01445 |
| | : | |
| **LYMAN EATON, RICHARD TODD,** | : | |
| **STEPHEN STOELK and** | : | Judge Zagel |
| **DGHD-BOREGO LLC, an Indiana** | : | |
| **Limited Liability Company** | : | Magistrate Judge Cole |
| | : | |
| Defendants. | : | |

## NOTICE OF MOTION

To:   David G. Lynch, Esq.
      **DLA Piper**
      203 North LaSalle Street, Suite 1900
      Chicago, IL  60601


PLEASE TAKE NOTICE that on the 17th day of July, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge James B. Zagel, in Room 2503 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place, and shall then and there present the attached **Uncontested Motion For Entry of Agreed Order**, a true and correct copy of which is attached hereto and hereby served upon you.


RICHARD D. GROSSMAN


By:  */s/ Richard D. Grossman*
      Richard D. Grossman

2

## CERTIFICATE OF SERVICE

Richard D. Grossman certifies that he caused to be served the above and foregoing notice and attached pleadings upon the above named persons by delivering a true copy thereof, addressed as aforesaid, on the 11th day of July, 2008, before the hour of 4:30 p.m.

*/s/ Richard D. Grossman*
Richard D. Grossman